# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GAMACHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV438 CDP |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to proceed in forma pauperis. According to plaintiff's financial information, he cannot afford to pay the full amount of the filing fee. I will, therefore, grant the motion. Additionally, under 28 U.S.C. § 1915(e), I am required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

Plaintiff brings suit against the FBI, the Department of Defense, and the U.S. Army. Plaintiff alleges that, at some point in time, he was supposed to work for a branch of the "United States Military Intelligence." Plaintiff says he had a falling out with some individuals there, and he alleges those individuals formulated a plan to murder him. Plaintiff claims that they did, in fact, attempt to murder him on several occasions but that the FBI intervened and saved his life. Plaintiff alleges that he has

sought help from the Army, but he claims that the Army has tried to have him arrested as a result.

Plaintiff previously brought suit against unknown individuals for attempting to exert mind control over him. Gamache v. Unknown, 4:10CV2273 TIA (E.D. Mo.).

An action is factually frivolous if the facts alleged are "clearly baseless"; alleged facts are clearly baseless if they are "fanciful," "delusional," or "fantastic." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). The allegations in the complaint are factually frivolous under Denton. As a result, I will dismiss this action pursuant to 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is frivolous.

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 22nd day of March, 2011.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE